**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00063-RPM-MJW

LISA PARKHURST,

       Plaintiff,

v.

DOUGLAS R. BURGESS, individually, and
d/b/a BURGESS LAW OFFICE,
OFFICE OF DOUGLAS R. BURGESS, LLC, a New York limited liability company, d/b/a
LAW OFFICE OF DOUGLAS R. BURGESS, LLC,
DOUGLAS J. MACKINNON, SR.,
MARK BOHN,
ACCOUNT MANAGEMENT SERVICES OF NEW YORK, LLC,
a New York limited liability company, and
FIRST AMERICAN INVESTMENT COMPANY, LLC,
a New York limited liability company,

       Defendant(s).

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

       THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his, her or its own attorney's fees and costs.

       Dated: May 21st, 2007

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  U.S. DISTRICT JUDGE